UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| RAFAEL VILLANUEVA,<br><br>    Plaintiff,<br><br>    v.<br><br>SELECT PORTFOLIO SERVICES, INC., NATIONAL DEFAULT SERVICING CORPORATION; and DOES 1-100,<br><br>    Defendants. | Case No. 5:14-cv-05238 HRL<br><br>**ORDER THAT CASE BE REASSIGNED TO A DISTRICT JUDGE** |

Defendants have moved to dismiss the complaint. Pursuant to Civil Local Rule 73-1, all parties were required to file, no later than December 10, 2014, either (1) a Consent to Proceed Before a United States Magistrate Judge or (2) a Declination to Proceed Before a Magistrate Judge and Request for Reassignment to a United States District Judge. Despite reminders from the court, not all parties have done so. Accordingly, IT IS ORDERED THAT the Clerk of the Court shall reassign this case to a District Judge. 28 U.S.C. § 636; Civ. L.R. 73-1.

Dated: December 16, 2014

_____
HOWARD R. LLOYD
UNITED STATES MAGISTRATE JUDGE

5:14-cv-05238-HRL Notice has been electronically mailed to:

Elias Francisco Portales     eportales@efplawgroup.com, edurand@pahl-gosselin.com

Lindsey Elizabeth Kress     lkress@lockelord.com

Regina Jill McClendon     rmcclendon@lockelord.com, chicagodocket@lockelord.com, lvaughn@lockelord.com