United States District Court
Northern District of California

1

2

3                        UNITED STATES DISTRICT COURT

4                       NORTHERN DISTRICT OF CALIFORNIA

5                              SAN JOSE DIVISION

6

7    RAFAEL VILLANUEVA,                          Case No.  14-cv-05238-BLF

               Plaintiff,
8
                                                 **ORDER VACATING CASE
9         v.                                     MANAGEMENT CONFERENCE AND
                                                 SUBMITTING DEFENDANTS'
10   SELECT PORTFOLIO SERVICES, INC., et         MOTION TO DISMISS WITHOUT
     al.,                                        ORAL ARGUMENT**
11
               Defendants.

12

13        Defendants Select Portfolio Servicing, Inc. and National Default Servicing Corporation

14   have moved to dismiss Plaintiff's Complaint under Rule 12(b)(6). Plaintiff has not filed an

15   opposition to the motion, which is set to be heard on April 23, 2015. The Court finds that this

16   motion is appropriate for determination without oral argument, pursuant to Civil Local Rule 7-

17   1(b), and hereby SUBMITS the motion without oral argument, and VACATES the motion

18   hearing.

19        The parties are also scheduled to appear for case management on April 16, 2015.

20   Defendants indicate in their case management statement that Plaintiff's counsel has not responded

21   to attempts to meet and confer regarding case management. *See* ECF 14 at 1 n.1. Because of this,

22   and the pending motion to dismiss, the Court HEREBY VACATES the April 16, 2015 case

23   management conference, and RESETS the conference to July 2, 2015.

24        **IT IS SO ORDERED.**

25   Dated: April 10, 2015

26                                               _____

27                                               BETH LABSON FREEMAN
                                                 United States District Judge
28